# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 23-60558

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

May 2, 2024

Lyle W. Cayce
Clerk

Joy Mack, Others so Affected,

*Plaintiff—Appellant*,

*versus*

United States of America; United States Department of Justice, *and U.S. Attorney General Merrick B. Garland*; HHS Office for Human Research Protections, *and OHRP Director Dr. Jerry A. Menikoff*; United States Department of Health and Human Services, *and Secretary Xavier Becerra, in his official capacity*; United States Department of Homeland Security, *and DHS Secretary Alejandro Mayorkas*; United States Secretary of the Department of Agriculture, *and DOA Secretary Thomas J. Vilsack*; United States Department of Energy, *and DOE Secretary Jennifer M. Granholm*; National Aeronautics and Space Administration, *and NASA Administrator Bill Nelson*; United States Department of Commerce, *and DOC Secretary Gina M. Raimondo*; Social Security Administration, *and SSA Acting Commissioner Dr. Kilolo Kijakazi*; United States Agency for International Development, *and US AID Administrator Samantha Power*; United States Department of Housing and Urban Development, *and HUD Secretary Marsha L. Fudge*; United States Department of Labor, *and DOL Secretary Martin J. Walsh*; United States Department of Defense, *and DOD Secretary Lloyd J. Austin III*; United States Department of Education, *and DOE Secretary Dr. Miguel Cardona*; United States Department of Veterans Affairs, *and DVA Secretary Denis R. McDonough*; Environmental Protection Agency, *and EPA Administrator Michael S. Regan*; National Science Foundation,

No. 23-60558

*and NSF Director Dr. Sethuraman Panchanathan*; UNITED STATES DEPARTMENT OF TRANSPORTATION, *and DOT Secretary Pete Buttigieg*; FEDERAL COMMUNICATION COMMISSION, *and Jessica Rosenworcel, Commissioner*,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:23-CV-13

_____

Before CLEMENT, DUNCAN, and DOUGLAS, *Circuit Judges*.

PER CURIAM:[*]

After reviewing the parties' briefs and the record, we find no reversible error. We AFFIRM. *See* 5TH CIR. R. 47.6.

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.